UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALENTURE, LLC *and* NOSIRRAH MANGEMENT LLC,

        Plaintiffs,

-*against*-

SOFINNOVA VENTURE PARTNERS X, L.P., SOFINNOVA MANAGEMENT X, L.P., *and* SOFINNOVA MANAGEMENT X-A, L.L.C.,

        Defendants,

– *and* –

VERA THERAPEUTICS, INC.,

        Nominal Defendant.

**ORDER**

24-cv-04194 (ER)

RAMOS, D.J.

On September 13, 2024, Sofinnova Venture Partners X, L.P., Sofinnova Management X, L.P., and Sofinnova Management X-A, L.L.C. filed a motion to dismiss the complaint. Doc. 28. On October 4, 2024, Calenture, LLC and Nosirrah Management, LLC filed an amended complaint. Doc. 31.

Accordingly, as the original complaint is no longer the operative complaint, the first filed motion to dismiss is moot. Doc. 28. The Clerk of Court is respectfully directed to terminate the motion, Document 28.

SO ORDERED.

Dated:   July 22, 2025
         New York, New York

                                          EDGARDO RAMOS, U.S.D.J.